AUGUSTUS H. GROTE, Respondent, *v.* IDA F. GROTE, Appellant.

*Grote* v. *Grote,* 126 App. Div. 916, affirmed.
(Submitted September 29, 1908; decided October 23, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1908, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the answer in an action to cancel and avoid a gift of real property.

*William C. Rosenberg* and *Alfred Epstein* for appellant.

*Raphael Link* for respondent.

The following question was certified : " Is the defense in the answer, that plaintiff had a full, adequate and complete remedy at law, sufficient in law upon the face thereof ? "

Order affirmed, with costs, and question certified answered in the negative ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.